IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WINFRED BAILEY,

    Plaintiff,

vs.                               CASE NO. 5:04cv423-RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendants.
_____/

**ORDER**

This matter is before the court on the magistrate judge's Report and Recommendation (Doc. 16) and Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Doc. 17). The court has reviewed *de novo* the issues raised by plaintiff's objections.

IT IS ORDERED:

1. The Report and Recommendation is accepted and is adopted as the opinion of the court.

2. The decision of the Commissioner of Social Security is affirmed.

3. The clerk is directed to close the file.

ORDERED on January 6, 2006.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**